B2500E (Form 2500E) (12/15)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **In re:** | ) | |
| **Harvard Cider Company LLC** | ) | Case No. 19-14834-EEB |
| | ) | |
| **Debtor** | ) | Chapter 11 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above-named debtor:

      A petition under title 11, United States Code was filed against you in this bankruptcy court on June 4, 2019, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

United States Bankruptcy Court Clerk
721 19th St.
Denver, CO  80202

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and Address of Petitioner's Attorney:
      Michael J. Davis, #44287
      DLG Law Group LLC
      4100 E. Mississippi Avenue, Suite 420
      Denver, Colorado 80246
      Phone: (303) 758-5100
      Fax: (303) 758-5055
      Email:  mdavis@DLGlaw.net

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_Kenneth S. Gardner_ (Clerk of the Bankruptcy Court) Date: _6/11/2019_ By: _T. Vincent_ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).